# United States Court of Appeals
# for the Federal Circuit

————————————

September 2, 2010

**ERRATA**

————————————

Appeal No. 2010-5004

**THERESA CEDILLO AND MICHAEL CEDILLO,
(AS PARENTS AND NATURAL GUARDIANS OF),
MICHELLE CEDILLO,**
*Petitioners-Appellants,*
**v.**
**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

Decided: August 27, 2010
Precedential Opinion

————————————

Please make the following changes:

Page 14, line 4, change "proferred" to "proffered"

Page 17, note 4, line 6, change "was not supplied" to "<u>were</u> not supplied"